# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RONALD R. SANTOS,<br><br>           Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>           Defendants. | 3:16-cv-0394-MMD-VPC<br><br>**ORDER FOR LIMITED<br>APPOINTMENT OF COUNSEL** |

     This case was referred to the *Pro Bono* Program ("Program") adopted in General Order 2016-02 for appointment of *pro bono* counsel. The Court has been informed that *pro bono* counsel has been identified. Victor Drakulich, Esq., is hereby appointed as counsel for plaintiff Ronald R. Santos. The scope of the appointment is for the **limited purpose** of participating in a settlement conference.

     IT IS HEREBY ORDERED that Victor Drakulich, Esq. is hereby appointed as *pro bono* counsel for plaintiff Ronald R. Santos pursuant to the United States District Court for the District of Nevada's *Pro Bono* Program. This limited purpose appointment is only for the purpose of representing plaintiff in a settlement conference.

     IT IS FURTHER ORDERED that appointed counsel may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the program.

     IT IS FURTHER ORDERED that the Clerk of Court shall assign a PROBONO case flag and add Victor Drakulich, Esq. to the docket as counsel of record for plaintiff.

     IT IS FURTHER ORDERED that Victor Drakulich, Esq. shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that Victor Drakulich, Esq. shall complete and return the attached Appointment Response Form to the *Pro Bono Liaison* Mai Tieu at 333 Las Vegas Blvd., Room 3005, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Victor Drakulich, Esq. shall submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED this 28th day of August, 2017.

Valerie P. Cooke
UNITED STATES MAGISTRATE JUDGE

# APPOINTMENT RESPONSE FORM

      Pursuant to Section 1(c) of the Pro Bono Program ("Program"), any attorney who has indicated that he/she is willing to take on specified pro bono representation shall return the following form within thirty (30) days after accepting the appointment. The form shall be returned to the designated Pro Bono Liaison. THE FORM SHALL NOT BE FILED ELECTRONICALLY OR SENT TO ANY JUDGE ASSIGNED TO THE CASE. Upon receipt of the form, an order of appointment will issue if representation is accepted. If representation is not accepted, the case will be removed from the Program.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

      Please check all that apply:

      \_\_\_ Representation of _____ [litigant] for all purposes is accepted.

      \_\_\_ Representation of _____ [litigant] for the limited purpose of _____ is accepted.

      \_\_\_ Undersigned counsel has conferred with, who has indicated agreement to representation for the purposes identified herein.

      \_\_\_ Undersigned counsel has entered into a contingency agreement or other arrangement with _____ [litigant]. In the event of a contingency agreement or other fee arrangement, the undersigned acknowledges that this case is not eligible for prepayment or reimbursement of costs under the Pro Bono Program Rules.

      \_\_\_ Undersigned counsel has conferred with _____ [litigant], who has indicated that [he/she] does not agree to representation for the purposes identified herein.

                                               _____
Attorney Name
Law Firm
Address
Telephone Number
Fax Number
Email Address