UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RONALD R. SANTOS, | ) | 3:16-CV-0394-MMD (VPC) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | October 16, 2017 |
| ROMEO ARANAS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to withdraw (ECF No. 35) his motion for leave to file an amended complaint is **GRANTED**. Therefore, plaintiff's motion for leave to file an amended complaint (ECF NO. 28) is hereby deemed **WITHDRAWN**. Defendants' motion to strike (ECF No. 33) the motion for leave to amend is **DENIED as moot.**

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk