ADAM PAUL LAXALT
  Attorney General
ERIN L. ALBRIGHT, Bar No. 9953
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1257
E-Mail: *ealbright@ag.nv.gov*

*Attorneys for Defendants Romeo Aranas,
Debra Boone-Sharp, Gloria Carpenter, John Fischer,
William Gittere, Angela Gregersen, Dawn Jones,
Curtis Kerner, Michael Koehn, Keli Lyons, Mardelle Petersen,
Terry Riley, Ned Schuering, Harlene Stark,
Teresa Stark and Marc Sweeten*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD R. SANTOS,<br><br>          Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>          Defendants. | Case No. 3:16-cv-00394-MMD-VPC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Defendants Romeo Aranas, Debra Boone-Sharp, Gloria Carpenter, John Fischer, William Gittere, Angela Gregersen, Dawn Jones, Curtis Kerner, Michael Koehn, Keli Lyons, Mardelle Petersen, Terry Riley, Ned Schuering, Harlene Stark, Teresa Stark and Marc Sweeten, by and through counsel Adam Paul Laxalt, Attorney General, and Erin L. Albright, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Ronald R. Santos, by and through counsel Victor Drakulich, Esq., hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

///

///

///

///

1

| | |
|---|---|
| DATED this 7~~th~~ March ~~January~~, 2018.<br><br>By: /s/ Victor Drakulich<br>Victor Drakulich, Esq.<br>845 Brown Street<br>Reno, NV 89509<br>Attorney for Plaintiff | DATED this 7th March ~~January~~, 2018.<br><br>OFFICE OF THE ATTORNEY GENERAL<br><br>By: /s/ Erin L. Albright<br>Erin L. Albright, SBN 9953<br>100 N. Carson Street<br>Carson City, NV 89701<br>(775) 684-1257<br>ealbright@ag.nv.gov<br>Attorneys for Defendants |

IT IS SO ORD~~ERED~~:

/s/

U.S. ~~MAGISTRATE~~ JUDGE

DATED: March 15, 2018

2